IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-16-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MELVIN PAUL GARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion to restore restitution (DE 101).

The government is DIRECTED to file a response to the motion on or before **January 14, 2022.**

SO ORDERED, this the 17th day of December, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge